**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
  d.bradley@mpglaw.com

Attorneys for Defendant TRANS UNION LLC
(erroneously named as "TRANSUNION CORP.")

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DEANA DINCOFF and JAMES DINCOFF,<br><br>          Plaintiffs,<br><br>vs.<br><br>TRANSUNION CORP.; DOES 1-10 inclusive,<br><br>          Defendant. | Case No.<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** |

Trans Union LLC, erroneously named as Transunion Corp. ("Trans Union") hereby files this Notice of Removal pursuant to 28 U.S.C. §1446(d).

**I.      PROCEDURAL BACKGROUND**

1.     On March 16, 2017, Plaintiffs Deana Dincoff And James Dincoff ("Plaintiffs") filed their Complaint in this action in the Superior Court of California, County of Riverside, Case No. MCC1700280 ("State Court Action") alleging that Trans Union violated the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681, *et seq*. A complete and accurate copy of the Summons in the State Court Action is attached hereto as **Exhibit A.**

1047187.1

2. A complete and accurate copy of the Complaint in the State Court Action is attached hereto as **Exhibit B**.

3. A complete and accurate copy of the Superior Court's Docket and all pleadings filed to date in the State Court Action are attached hereto as **Exhibit C**.

4. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.

5. Trans Union was served with Plaintiff's Summons and Complaint on March 20, 2017.

6. This Notice of Removal is being filed within the 30-day time period required by 28 U.S.C. §1446(b).

## II. GROUNDS FOR REMOVAL

7. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331 and may be removed to this Court by Trans Union pursuant to the provisions of 28 U.S.C. §1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. 28 U.S.C. §§1331, 1441(b); *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 312 (2005); *Broder v. Cablevision Sys. Corp.*, 418 F.3d 187, 194 (2d Cir. 2005); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). In the Complaint, Plaintiff seeks damages for Trans Union's alleged violations of the Federal Fair Credit Reporting Act (15 U.S.C. §1681 et seq.). Moreover, any claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. §1367.

## III. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

8. Pursuant to 28 U.S.C. §1446(b), this Notice is being filed with this Court within 30-days after Trans Union was served with a copy of Plaintiffs' initial pleading setting forth the claims for relief upon which Plaintiffs' actions are based.

9. Pursuant to 28 U.S.C. §1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the

state court action is pending.

10.   Promptly after the filing of this Notice of Removal, Trans Union will give written notice of the removal to Plaintiffs and will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Riverside, as required by 28 U.S.C. §1446(d).

11.   Other than those attached hereto and referenced in Exhibit C, no other proceedings, process, pleadings, orders or other papers have been filed or served in the Superior Court Action.  Trial has not commenced in the State Court Action.

12.   By filling this Notice of Removal, Trans Union consents to the removal of this case.

WHEREFORE, Trans Union respectfully prays that the State Court Action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

DATED:  April 19, 2017          MUSICK, PEELER & GARRETT LLP


By:   */s/  Donald E. Bradley*
          Donald E. Bradley
          Attorneys for Defendant TRANS UNION LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On April 19, 2017, I served true copies of the following document(s) described as **DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** on the interested parties in this action as follows:

> Todd M. Friedman
> LAW OFFICES OF TODD M. FRIEDMAN, P.C.
> 21550 Oxnard Street, Suite 780
> Woodland Hills, CA  91367
> Phone:  (877) 206-4741
> Fax:      (866) 633-0228
> Email: tfriedman@toddflaw.com
> ***Attorneys for Plaintiffs***

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Musick, Peeler & Garrett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 19, 2017, at Costa Mesa, California.

*/s/ April M. Yusay*
April M. Yusay

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

1047187.1

4

DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL