JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEANA DINCOFF and JAMES DINCOFF,**<br><br>Plaintiffs,<br><br>vs.<br><br>**TRANSUNION CORP.**,<br><br>Defendant. | Case No. 5:17-cv-00753-PA<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this __22__ day of August, 2017.

_____
The Honorable Percy Anderson

Order to Dismiss - 1